| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC.<br><br>ROBERT MOREAU<br>        *Plaintiff,*<br><br>  vs.<br><br>THE WOONSOCKET HOUSING AUTHORITY, by and through its Board of Commissioners, Chairman Michael L.A. Houle, Vice Chairman Nicholas Gassey, Lucienne Cote, Steve D'Agostino, and Thomas Calouro, in their official capacities, MICHAEL HOULE, in his individual capacity, and the CITY OF WOONSOCKET, by and through its Treasurer, John Doe<br>        *Defendants* | SUPERIOR COURT<br><br><br><br>C.A. No. PC-2023-04655 |

## NOTICE OF FILING PETITION FOR REMOVAL

TO:    **Clerk's Office**                         **(See also those listed under**
        **Providence County Superior Court**    **Certification of Service)**
        **Licht Judicial Complex**
        **Providence, RI 02903**

     Please take notice that Defendants – The Woonsocket Housing Authority, by and through its Board of Commissioners, Chairman Michael L.A. Houle, Vice Chairman Nicholas Gassey, Lucienne Cote, Steve D'Agostino, and Thomas Calouro, in their official capacities, Michael Houle, in his individual capacity, and the City of Woonsocket, by and through its Treasurer (hereinafter "Defendants") have this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-entitled action from the Providence County Superior Court to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

     Dated this 6th day of October 2023.

*Moreau v. Woonsocket, et al.*
C.A. No. PC-2023-04655

        Defendants,
        City of Woonsocket, by and through its Treasurer
        and Thomas Calouro,
        By their Attorney,

        */s/ Marc DeSisto*
        Marc DeSisto, Esq. (#2757)
        DeSisto Law LLC
        60 Ship Street
        Providence, RI 02903
        (401) 272-4442
        marc@desistolaw.com


        Defendants,
        The Woonsocket Housing Authority,

        */s/ Timothy C. Cavazza*
        Timothy C. Cavazza, Esq.
        Whelan, Corrente, Flanders, LLP
        100 Westminster Street, Suite 100
        Providence, RI 02903
        (401) 270-0364
        tcavazza@whelancorrente.com

<u>CERTIFICATION OF SERVICE</u>

    I hereby certify that on the 6th day of October 2023 the within document has been e-filed with the Court and e-served through the Superior Court's Electronic Filing System to all registered members and is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

        */s/ Marc DeSisto*